In the Matter of the Examination of STANLEY M. HATFIELD, Appellant, formerly known as OSCAR HATFIELD, in Proceedings Supplementary to Execution ; GILBERT RAY HAWES, Respondent.

Reported below, 17 App. Div. 430.
(Argued October 4, 1897; decided October 12, 1897.)

MOTION to open default for failure to file within the time required by section 1315 of the Code of Civil Procedure and the rules of the court, the return on appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 10, 1897, which affirmed an order of Special Term adjudging the appellant guilty of contempt of court.

*Henry Cooper* for appellant.

*Gilbert Ray Hawes,* respondent, in person.

Motion granted on payment of costs of former order and ten dollars costs of this motion within ten days. On failure to comply with these terms the motion is denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM STRAUSS, Appellant, *v.* THEODORE ROOSEVELT et al., Police Commissioners of the City of New York, Respondents.

(Submitted October 4, 1897; decided October 12, 1897.)

MOTION for reargument denied, with costs. (See 153 N. Y. 657.)